AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Michael D. McCoy | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-2078 |
| Hartford Life and Accident Insurance Company and | ) | |
| Hartford Life Insurance Company, Defendants. | ) | |

## Summons in a Civil Action

To: Hartford Life and Accident Insurance Company, c/o Director, Department of Insurance,
    (Defendant's name)    State of Illinois, 320 West Washington Street,
                          Springfield IL 62767

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Glenn A. Stanko
Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
501 West Church Street, P.O. Box 800
Champaign IL 61824

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Pamela E. Robinson
_____
Name of clerk of court

s/ M. Talbott
_____
Deputy clerk's signature

Date: 3-27-08

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Michael D. McCoy | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.    08-2078 |
| Hartford Life and Accident Insurance Company and | ) | |
| ~~Defendant~~ | ) | |
| Hartford Life Insurance Company, Defendants. | | |

## Summons in a Civil Action

To:    Hartford Life Insurance Company, c/o Director, Department of Insurance,
       *(Defendant's name)*         State of Illinois, 320 West Washington St.,
                                    Springfield IL 62767

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Glenn A. Stanko
Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
501 West Church Street -- P.O. Box 800
Champaign IL 61824

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ Pamela E. Robinson
~~XXXXXXXXXX~~
Name of clerk of court

Date: 3-27-08

s/ M. Talbott
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*