**E-FILED**
Thursday, 27 March, 2008  11:30:28 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MICHAEL D. MCCOY,

     Plaintiff,

    vs.                        No. 08-CV-2078

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and HARTFORD
LIFE INSURANCE COMPANY,

     Defendants.

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff, MICHAEL D. MCCOY.

I certify that I am admitted to practice in this court.

Date:  March 27, 2008

                          s/ Glenn A. Stanko
                        Glenn A. Stanko (Bar Number: 2703122)
                        Attorney for Plaintiff
                        Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
                        501 West Church Street
                        P.O. Box 800
                        Champaign, IL   61824-0800
                        Telephone:  217-352-7661
                        Facsimile:  217-352-2169
                        E-mail:  gastanko@rosklaw.com