IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHAEL D. MCCOY, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY, <br><br> Defendants. | No. 08-CV-2078 |

**DESIGNATION OF LEAD COUNSEL PURSUANT TO CDIL RULE 11.2**

The undersigned, counsel of record for MICHAEL D. MCCOY, plaintiff, furnishes the following in compliance with Rule 11.2 of this court:

Glenn A. Stanko is hereby designated as lead counsel.

Dated:  March 27, 2008.

      __s/ Glenn A. Stanko__
Glenn A. Stanko (Bar Number: 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone:  217-352-7661
Facsimile:  217-352-2169
E-mail:  gastanko@rosklaw.com