E-FILED
Thursday, 27 March, 2008  11:33:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHAEL D. MCCOY,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY,<br><br>    Defendants. | No. 08-CV-2078 |

**CERTIFICATE OF INTEREST PURSUANT TO CDIL RULE 11.3**

The undersigned, counsel of record for MICHAEL D. MCCOY, plaintiff, furnishes the following in compliance with Rule 11.3 of this court:

1.    The full name of every party or amicus the attorney represents in this case is: MICHAEL D. MCCOY.

2.    The party represented is not a corporation.

3.    The names of all law firms whose partners or associates appear for a party or are expected to appear for the party in this case:

Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL 61824-0800
217-352-7661

Dated:  March 27, 2008.

    s/ Glenn A. Stanko
Glenn A. Stanko (Bar Number: 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone:  217-352-7661
Facsimile:  217-352-2169
E-mail:  gastanko@rosklaw.com