AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  ILLINOIS

MICHAEL D. MCCOY,

      Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and HARTFORD LIFE INSURANCE COMPANY,

      Defendants.

**APPEARANCE**

Case Number: 08-cv-2078

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hartford Life and Accident Insurance Company and
Hartford Life Insurance Company

I certify that I am admitted to practice in this court.

| April 25, 2008 | /s/ Donald A. Murday |
|---|---|
| Date | Signature |
|  | Donald A. Murday     6190971 |
|  | Print Name     Bar Number |
|  | 303 West Madison Street, Suite 1400 |
|  | Address |
|  | Chicago, IL 60606 |
|  | City    State    Zip Code |
|  | (312) 281-3600     (312) 281-3679 |
|  | Phone Number     Fax Number |