E-FILED
Friday, 25 April, 2008  02:28:14 PM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

MICHAEL D. MCCOY,

      Plaintiff,

  vs.

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, and HARTFORD LIFE INSURANCE
COMPANY,

      Defendants.

**APPEARANCE**

Case Number:  08-cv-2078

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

      Hartford Life and Accident Insurance Company and
      Hartford Life Insurance Company

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 25, 2008 | /s/ Julie F. Wall |
| Date | Signature |
| | Julie F. Wall        6270783 |
| | Print Name     Bar Number |
| | 303 West Madison Street, Suite 1400 |
| | Address |
| | Chicago, IL 60606 |
| | City   State   Zip Code |
| | (312) 281-3600   (312) 281-3679 |
| | Phone Number   Fax Number |