**E-FILED**
Friday, 25 April, 2008  02:31:07 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **MICHAEL D. MCCOY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 08-cv-2078** |
| **vs.** | ) | |
| | ) | **Judge Harold A. Baker** |
| **HARTFORD LIFE AND ACCIDENT** | ) | |
| **INSURANCE COMPANY and** | ) | **Magistrate David G. Bernthal** |
| **HARTFORD LIFE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AGREED MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE PLEAD

Defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY (the "Hartford Defendants"), by and through their attorneys, Donald A. Murday and Julie F. Wall of CHITTENDEN, MURDAY & NOVOTNY LLC, pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Central District of Illinois, hereby move this Court for an extension of time to answer or otherwise plead to Plaintiff's Complaint. In support of their Agreed Motion, the Hartford Defendants state as follows:

1.     This action was filed on March 23, 2008. HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY was served with Plaintiff's Complaint on April 7, 2008. Accordingly, its responsive pleading is due on April 28, 2008.

2.     The Hartford Defendants and their counsel require an additional period of time in which to gather file materials, evaluate Plaintiff's allegations, and prepare a good faith responsive pleading to same.

3.     The Hartford Defendants therefore request an additional twenty-eight (28) days, to and including May 26, 2008, in which to answer or otherwise plead to Plaintiff's Complaint.

4.     Prior to filing this motion, counsel for the Hartford Defendants consulted with Plaintiff's counsel, Glenn A. Stanko, who advised that he does not have an objection to the Hartford Defendants' request for this additional time to answer or otherwise plead to the Complaint.

5.     This motion is not brought to unnecessarily delay the proceedings in this matter, but is based on the good faith belief that an additional period of time is necessary in order to draft a good faith responsive pleading.  The granting of this motion will not prejudice any party hereto.

**WHEREFORE**, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY respectfully request that this Honorable Court grant them an additional twenty-eight (28) days, to and including May 26, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY**

By:___/s/ Julie F. Wall_____
        One of its Attorneys

Donald A. Murday
Julie F. Wall
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
(312) 281-3600
(312) 281-3678 (fax)

<u>**Certificate of Service**</u>

I hereby certify that on **April 25, 2008**, a copy of the foregoing **Agreed Motion for Extension of Time to Answer or Otherwise Plead** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Glenn A. Stanko
> Rawles, O'Byrne, Stanko & Kepley, P.C.
> 501 West Church Street
> P.O. Box 800
> Champaign, IL  61824-0800
> gastanko@rosklaw.com



/s/ Julie F. Wall

Donald A. Murday
Julie F. Wall
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 W. Madison Street, Suite 1400
Chicago, IL  60606
(312) 281-3600
(312) 281-3678 (fax)

O:\HA815\41160-McCoy\PLDGS\motion - time.doc