## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| MICHAEL D. MCCOY, | ) |
| Plaintiff, | ) |
| | ) Case No. 08-cv-2078 |
| vs. | ) |
| | ) Judge Harold A. Baker |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY, | ) Magistrate David G. Bernthal |
| Defendants. | ) |

**CERTIFICATE OF INTEREST OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND HARTFORD LIFE INSURANCE COMPANY**

The undersigned, counsel of record for Defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY (the "Hartford Defendants"), furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in this case:

    a. Hartford Life and Accident Insurance Company; and
    b. Hartford Life Insurance Company

2. The parties represented are corporations.

    a. Hartford Life and Accident Insurance Company has the following parent corporations: Hartford Life, Inc., Hartford Holdings, Inc. and Hartford Financial Services Group, Inc. The only publicly held company that owns 10% or more of the stock of Hartford Life and Accident Insurance Company is Hartford Financial Services Group, Inc.

    b. Hartford Life Insurance Company has the following parent corporations: Hartford Financial Services Group, Inc., Hartford Life, Inc., Hartford Holdings, Inc. and Hartford Life and Accident Insurance Company. The only publicly held company that owns 10% or more of the stock of Hartford Life Insurance Company is Hartford Financial Services Group, Inc.

3. The name of all law firms whose partners or associates appear for these parties or are expected to appear for these parties in this case.

    CHITTENDEN, MURDAY & NOVOTNY LLC
    303 West Madison Street
    Suite 1400
    Chicago, Illinois 60606
    (312) 281-3600

Respectfully submitted,

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY**

By: /s/ Julie F. Wall
    One of its Attorneys

Donald A. Murday
Julie F. Wall
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)

## Certificate of Service

     I hereby certify that on **April 25, 2008**, a copy of the foregoing **Certificate of Interest of Hartford Life and Accident Insurance Company and Hartford Life Insurance Company** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        Glenn A. Stanko
        Rawles, O'Byrne, Stanko & Kepley, P.C.
        501 West Church Street
        P.O. Box 800
        Champaign, IL  61824-0800
        gastanko@rosklaw.com

                                    /s/ Julie F. Wall

Donald A. Murday
Julie F. Wall
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 W. Madison Street, Suite 1400
Chicago, IL  60606
(312) 281-3600
(312) 281-3678 (fax)

O:\HA815\41160-McCoy\PLDGS\certificate of interest.doc