E-FILED
Thursday, 01 May, 2008 10:03:34 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

MAR 2 8 2008

Michael D. McCoy )
Plaintiff )
v. ) Civil Action No. 08-2078
Hartford Life and Accident Insurance Company and )
~~Defendant~~ )
Hartford Life Insurance Company, Defendants.

## Summons in a Civil Action

To: Hartford Life Insurance Company, c/o Director, Department of Insurance,
    (Defendant's name)         State of Illinois, 320 West Washington St.,
                               Springfield IL 62767

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Glenn A. Stanko
Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
501 West Church Street -- P.O. Box 800
Champaign IL 61824

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ Pamela E. Robinson
~~John M. Waters~~
Name of clerk of court

Date: 3-27-08

s/ M. Talbott
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served ˅two copies of the summons and complaint in this case on _____, by:

(1) personally delivering ~~a copy~~ two copies of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering ~~a copy~~ two copies of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -  
Civil Process/Records - (217) 753-6846

NEIL M. WILLIAMSON  
#1 Sheriffs Plaza  
Springfield, Illinois 62701

Investigations - (217) 753-6840  
Corrections - (217) 753-6886

I, <u>Robert R. Meacham II #5019</u> certify that I served this summons as follows:

☐ **Personal service** on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ **Abode service** on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ **Other service**, as described below.

Case Number  **08-2078**

Name of defendant  **Dir of Ins.**

Name of other person  
Summons left with  **Nancy Savage**

Sex ( M /Ⓕ )  Race **W**  Approx. age **40's**

Date of Service **4-3-08**  Time **10:50**

Date of Mailing _____

Address at which paper was served:  
**320 W Washington**

Service fees $30.00

Neil Williamson, Sheriff of Sangamon County

By, **S/R. Meacham #5019**, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY



# Illinois Department of Financial and Professional Regulation
## Division of Insurance

ROD R. BLAGOJEVICH
Governor

DEAN MARTINEZ
Secretary

MICHAEL T. McRAITH
Director
Division of Insurance

April 3, 2008

Hartford Life Insurance Company
PO Box 2999
Hartford, CT 06104-2999

    Re:    Case #08CV2078

Gentlemen:

Enclosed please find copy of Summons in a Civil Action and Complaint received by me as your agent for service of process at 10:40 a.m. on April 3, 2008, in my Springfield office in the case of Michael D. McCoy vs. your company, et al.

                              Sincerely,

                              Michael T. McRaith
                              Director of Insurance

MTM:EMC:alt
Enclosure

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7113 3548 1850 0000 0804 | A. Signature  X Ben Blay  ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| Hartford Life Insurance Company<br>PO Box 2999<br>Hartford, CT 06104-2999<br><br>4/3/2008 12:34 PM | 3. Service Type   ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| Code2: 08CV2078 MSC | |

PS Form 3811    Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Department of Financial and
Professional Regulation
Division of Insurance
320 W. Washington Street
Springfield, IL         62767**