AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

MICHAEL D. MCCOY,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and HARTFORD LIFE INSURANCE COMPANY,

    Defendants.

**APPEARANCE**

Case Number: 08-cv-2078

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hartford Life and Accident Insurance Company and Hartford Life Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 22, 2008 | /s/Elizabeth G. Doolin |
| Date | Signature |
| | Elizabeth G. Doolin     6210358 |
| | Print Name     Bar Number |
| | 303 West Madison Street, Suite 1400 |
| | Address |
| | Chicago, IL 60606 |
| | City     State     Zip Code |
| | (312) 281-3600     (312) 281-3679 |
| | Phone Number     Fax Number |