**E-FILED**
Friday, 23 May, 2008  09:25:43 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| **MICHAEL D. MCCOY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 08-cv-2078** |
| **vs.** | ) | |
| | ) | **Judge Harold A. Baker** |
| **HARTFORD LIFE AND ACCIDENT** | ) | |
| **INSURANCE COMPANY and** | ) | **Magistrate Judge David G. Bernthal** |
| **HARTFORD LIFE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on **May 22, 2008**, I electronically filed an **Appearance for Elizabeth G. Doolin**.  Notice of this filing was sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> Glenn A. Stanko
> Rawles, O'Byrne, Stanko & Kepley, P.C.
> 501 West Church Street
> P.O. Box 800
> Champaign, IL  61824-0800
> gastanko@rosklaw.com

Respectfully submitted,

**HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND
HARTFORD LIFE INSURANCE COMPANY**

By:___/s/ Elizabeth G. Doolin_____
        One of their Attorneys

Donald A. Murday, Lead Counsel
Elizabeth G. Doolin
Julie F. Wall
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
(312) 281-3600
(312) 281-3678 (fax)
O:\HA815\41160-McCoy\PLDGS\COS_Appearance_EGD.doc