UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL D. McCOY,                               )
                                                )
          Plaintiff,                          )
                                                )       08-2078
   v.                                           )
                                                )
HARTFORD LIFE AND ACCIDENT INSURANCE             )
COMPANY and HARTFORD LIFE INSURANCE              )
COMPANY,                                         )
                                                )
          Defendants.                        )

## ORDER

1. This matter is set for a Scheduling Conference under Fed. R. Civ. P. 16 on **July 22, 2008** at **9:30 a.m.** by telephone conference call. The court will initiate the call.

2. Lead counsel for each party must attend and be prepared to discuss all issues listed in Local Rule 16 (CDIL-LR 16) and Fed. R. Civ. P. 26.

3. At least 14 days prior to the scheduling conference, counsel must comply with the initial disclosure requirements of Fed. R. Civ. P. 26(f). A certificate of compliance must be filed, but the <u>disclosures are NOT to be filed</u>. (CDIL-LR 26.3(A)).

4. The parties shall file a proposed discovery plan at least 7 days prior to the scheduling conference. Failure to submit the discovery plan required by this order may result in the cancellation of the discovery conference and assessment of costs.

5. Plaintiff's counsel is responsible for arranging the 26(f) meeting and filing the proposed discovery plan with the Court. (CDIL-LR 26.2(3)).

ENTER this 23rd day of May, 2008.

**s/Harold A. Baker**
_____
Harold A. Baker
United States District Judge