IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MICHAEL D. MCCOY,** | ) |
| **Plaintiff,** | ) |
| | ) Case No. 08-cv-2078 |
| vs. | ) |
| | ) Judge Harold A. Baker |
| **HARTFORD LIFE AND ACCIDENT** | ) |
| **INSURANCE COMPANY and** | ) Magistrate Judge David G. Bernthal |
| **HARTFORD LIFE INSURANCE** | ) |
| **COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Glenn A. Stanko, and Defendants being represented by Elizabeth G. Doolin and Julie F. Wall, met on June 26, 2008, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon:

1. The parties agree that no discovery outside of the claim record is necessary in this action brought under Section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA").

2. Defendants shall produce the complete claim record (sequentially numbered) to Plaintiff by **August 21, 2008**.

3. The deadline for amendment of pleadings is **September 1, 2008**.

4. The deadline for joining additional parties is **September 1, 2008**.

5. The parties agree that this matter should be submitted to the Court for a trial on the papers. The parties will submit the claim record to the Court, along with briefs in support of their respective positions on the subject ERISA claim.

   a. Each party shall file an initial trial brief, of not more than 20 pages, on or before **October 20, 2008.**

   b. Each party shall submit a response to the other party's trial brief, of not more than 20 pages, on or before **November 19, 2008.**

   c. The Court will rule on this matter based on review of these briefs and the claim record.

6. In the interest of privacy concerns related to electronic filing, the parties agree to redact any financial account numbers, social security numbers, dates of birth (except year), or Driver's License numbers from the administrative record. Neither party objects, however, to filing the administrative record, which contains Plaintiff's medical records, once this redaction has

occurred. Further, Plaintiff waives any rights under the Health Insurance Portability and Accountability Act of 1996, codified primarily at 18, 26 & 42 U.S.C. (2007) related to the medical records contained in the administrative record.

By:  s/ Glenn A. Stanko  
     Glenn A. Stanko  
     Counsel for Plaintiff  
     Rawles, O'Byrne, Stanko  
     Kepley, & Jefferson, P.C.  
     501 West Church Street  
     P.O. Box 800  
     Champaign, IL  61824-0800  
     (217) 352-7661  
     (217) 352-2169 (fax)  
     gastanko@rosklaw.com

s/ Elizabeth G. Doolin  
Elizabeth G. Doolin  
Counsel for Defendants  
CHITTENDEN, MURDAY & NOVOTNY LLC  
303 W. Madison Street, Suite 1400  
Chicago, Illinois  60606  
(312) 281-3600  
(312) 281-3678 (fax)  
edoolin@cmn-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Donald A. Murday
>CHITTENDEN, MURDAY & NOVOTNY LLC
>303 W. Madison Street, Suite 1400
>Chicago, IL 60606
>dmurday@cmn-law.com
>
>Elizabeth G. Doolin
>CHITTENDEN, MURDAY & NOVOTNY LLC
>303 W. Madison Street, Suite 1400
>Chicago, IL 60606
>edoolin@cmn-law.com
>
>Julie F. Wall
>CHITTENDEN, MURDAY & NOVOTNY LLC
>303 W. Madison Street, Suite 1400
>Chicago, IL 60606
>jwall@cmn-law.com

>s/ Glenn A. Stanko
>Glenn A. Stanko (Bar Number: 2703122)
>Attorney for Plaintiff
>Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
>501 West Church Street
>P.O. Box 800
>Champaign, IL   61824-0800
>Telephone:  217-352-7661
>Facsimile:  217-352-2169
>E-mail:  gastanko@rosklaw.com