E-FILED
Tuesday, 15 July, 2008  10:01:27 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MICHAEL D. MCCOY,** | |
| **Plaintiff,** | |
| vs. | No. 08-CV-2078 |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY,** | Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal |
| **Defendants.** | |

**STIPULATION TO DISMISS HARTFORD LIFE INSURANCE COMPANY**

Plaintiff, Michael D. McCoy, and defendants, Hartford Life and Accident Insurance Company and Hartford Life Insurance Company, by and through their respective counsel, hereby stipulate to the dismissal of Hartford Life Insurance Company from this matter without prejudice. In support of this Stipulation to Dismiss Hartford Life Insurance Company, the parties state as follows:

1. Defendants, Hartford Life and Accident Insurance Company and Hartford Life Insurance Company ("Hartford Defendants"), have both appeared and filed their Answer and Affirmative Defenses to Plaintiff's Complaint ("Answer") in this matter. *See* Answer, Document No. 13.

2. As reflected in the Answer, the Hartford Defendants admit that Hartford Life and Accident Insurance Company acquired the Policy at issue in the Complaint in a transaction with Continental Casualty Company and Continental Assurance Company in December of 2003, and admit that Hartford Life and Accident Insurance Company is the claims administrator of the Policy. The Hartford Defendants deny, however, that Hartford Life Insurance Company had any obligations to Plaintiff under the Policy and deny that Hartford Life Insurance Company is a proper defendant to this action.

3. Although the Hartford Defendants continue to deny any liability to Plaintiff, the parties stipulate that Hartford Life and Accident Insurance Company is the proper defendant to

the claim set forth in Plaintiff's Complaint and it will not assert that Plaintiff should have named an ERISA plan as the defendant.

4. The parties agree that the Policy at issue in the Complaint represents an employee welfare benefit plan under 29 U.S.C. §1002(1), and is therefore subject to ERISA.

5. Accordingly, Plaintiff Michael D. McCoy, Hartford Life and Accident Insurance Company, and Hartford Life Insurance Company stipulate to the dismissal of Hartford Life Insurance Company from this matter without prejudice.

WHEREFORE, Plaintiff, Michael D. McCoy, and defendants, Hartford Life and Accident Insurance Company and Hartford Life Insurance Company, respectfully request that this Honorable Court dismiss Hartford Life Insurance Company from this matter without prejudice.

Respectfully submitted,

By:   s/ Glenn A. Stanko
Glenn A. Stanko (Bar Number: 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone:  217-352-7661
Facsimile:  217-352-2169
E-mail:  gastanko@rosklaw.com

By:   s/ Julie F. Wall
Julie F. Wall
Attorney for Defendants
Chittenden, Murday & Novotny, LLC
303 West Madison Street, Suite 1400
Chicago, IL   60606
Telephone:  312-281-3600
Facsimile:  312-281-3678
E-mail:  jwall@cmn-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Donald A. Murday
>CHITTENDEN, MURDAY & NOVOTNY LLC
>303 W. Madison Street, Suite 1400
>Chicago, IL 60606
>dmurday@cmn-law.com
>
>Elizabeth G. Doolin
>CHITTENDEN, MURDAY & NOVOTNY LLC
>303 W. Madison Street, Suite 1400
>Chicago, IL 60606
>edoolin@cmn-law.com
>
>Julie F. Wall
>CHITTENDEN, MURDAY & NOVOTNY LLC
>303 W. Madison Street, Suite 1400
>Chicago, IL 60606
>jwall@cmn-law.com

>s/ Glenn A. Stanko
>Glenn A. Stanko (Bar Number: 2703122)
>Attorney for Plaintiff
>Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
>501 West Church Street
>P.O. Box 800
>Champaign, IL  61824-0800
>Telephone:  217-352-7661
>Facsimile:  217-352-2169
>E-mail:  gastanko@rosklaw.com